### 11364. WHITE *v.* STEED.

SMITH, J. 1. In a statutory proceeding by a landlord against a tenant, under sections 3348 and 3366 of the Civil Code (1910), to recover for advances for the making of the crop, where the only defense set out in the counter-affidavit filed by the tenant was a denial of any indebtedness to the landlord, evidence in the nature of a set-off, consisting of several items of indebtedness by the landlord to the tenant, none of them growing out of the contract of rental, was properly excluded by the court.

2. There was ample evidence to sustain the verdict, and the court did not err in overruling the motion for a new trial.

    *Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*
       DECIDED MAY 12, 1920.

Foreclosure of lien; from city court of Carrollton — Judge Beall. January 26, 1920.

Application for certiorari was denied by the Supreme Court.

*Boykin & Boykin,* for plaintiff in error.

*Smith & Smith, E. T. Steed,* contra.